```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 45390
   ANTONIA SOSA
                                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

          Debtor
   SSN XXX-XX-1448


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 12/10/04 and confirmed on 03/30/05.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $  13540.00 .

   4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST HORIZON HOME LOAN | CURRENT MORTG | .00 | .00 | .00 |
| FIRST HORIZON HOME LOAN | MORTGAGE ARRE | 7867.16 | .00 | 7867.16 |
| CITIFINANCIAL | SECURED | .00 | .00 | .00 |
| CITIFINANCIAL | MORTGAGE ARRE | 1100.00 | .00 | 1100.00 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | 24105.88 | .00 | 2410.59 |
| FORD MOTOR CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 941.59 | .00 | 94.16 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CONSUMER FINANCIAL SERVI | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT | FILED LATE | .00 | .00 | .00 |
| HARRIS BANK JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILL DEPT OF EMPLOYMENT S | UNSECURED | 3253.00 | .00 | 325.30 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY INVESTMENTS LLC | UNSECURED | NOT FILED | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | NOT FILED | .00 | .00 |
| ST JOSEPH HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WOW INTERNET & CABLE | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 8967.16 | .00 | 28300.47 | .00 | 37267.63 |
| PRINCIPAL PAID | 8967.16 | .00 | 2830.05 | .00 | 11797.21 |

```
INTEREST PAID                    .00          .00          .00          .00          .00
TOTAL PAID                   8967.16          .00      2830.05          .00     11797.21
```

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $   2200.00
and was paid $   1000.00  direct and $   1200.00  through the plan.

The Trustee received $     540.80 .

Refunds to the Debtor totaled $     1.99 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 08/19/08                         /S/
                                               GLENN STEARNS
                                               CHAPTER 13 TRUSTEE